# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br>)<br>)<br>vs. )<br><br>_Jose Gaona_ )<br>)<br>Defendant(s) ) | CRIMINAL NO. _08mj2633_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_Mireya Porras-Mendoza_

DATED: _9/2/08_

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
　　　　Deputy Clerk
　　　　RU. ANN BRESSI

☆ U.S. GPO: 2003-581-774/70082